

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ROCHELLE DANIEL

       **Plaintiff,**

vs.

WEST ASSET MANAGEMENT, INC.

       **Defendant,**

_____/

Case:2:11-cv-10034
Judge: Cleland, Robert H
MJ: Hluchaniuk, Michael
Filed: 01-04-2011 At 11:03 AM
CMP ROCHELLE DANIEL V WEST ASSET MA
NAGEMENT (LG)

### PLAINTIFF'S COMPLAINT

NOW COMES PLAINTIFF Rochelle Daniel, Pro Se, and brings this action to recover monetary damages against Defendants, arising from violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

Plaintiff, Rochelle Daniel is a living person who resides in Wayne County at 19750 Braile, Detroit, MI 48219.

At all times relevant hereto and upon information and belief, Defendant West Asset Management, Inc. ("WAM") is a for profit entity and at all times relevant hereto did business as a collection agency, mailing address P. O. Box 105646, Atlanta, GA 30348.

This Court has jurisdiction over the parties and claims under Federal laws cited herein. Venue is proper in this Court because all of the claims for relief arose in County, where Plaintiff resides.

On or about April 1, 2009, I order AT&T High Speed Internet Server (DSL).   However, when the equipment arrived on or about April 8, 2009, I was dissatisfied with the product. Therefore, on April 20, 2009, I called AT&T and spoke with Gloria (rep) to disconnect the service. Gloria told me to return the equipment as soon as possible.

On April 23, 2009, I went to the United States Post Office and returned the equipment in the prepaid postage self-addressed box provided by AT&T.

On June 6, 2009, I received a collection alert letter from AT&T.  On June 13, 2009, I called AT&T to dispute the letter and was told the $79.67 was owed for equipment charge.  I explained to the rep that the equipment was returned on 4/23/09, therefore, please update your records.

On June 18, 2009, I received a collection letter from AT&T, and on June 25, 2009, I called AT&T once again to inform them that equipment was returned on 4/23/09.

On July 17, 2009, I received a letter from Southwest Credit, a collection agency, to collect on a debt owed to AT&T for $79.67, and on July 20, 2009, I sent Southwest Credit a letter to dispute the debt.  Southwest Credit was unable to provide debt validation, therefore, cease collection activity.

On November 15, 2009, WAM sent a notice of collection for an outstanding debt owed to AT&T for $79.67, and on November 27, 2009, I called West Asset to spoke with Marquse Watson and informed him the equipment valued at $79.67 was returned to AT&T on 4/23/09, however, AT&T has failed to update their records.

On the same day, I again called West Asset and spoke to Imelda (last name not given) wanting to know the name of the person I just spoken to.  I then disputed the debt, and requested debt validation.  However, Imelda said I could not dispute over the phone and that I would have to dispute in writing per the collection notice letter. I then mentioned a debt collector violates the FDCPA if it states that the consumer's dispute must be made in writing, and to *stop calling* if they could not validate the debt since the previous collection agency was unable to do so.

WAM left 14 artificial or prerecorded voice recordings to my residence or any service, without my prior consent, that is, I never told WAM that I give them permission to use artificial or prerecorded voice messages to call my residence or any service.[1]  As such, WAM knowingly and willfully violates the TCPA.[2]  **Exhibit 1** (Calls from WAM)

**Cause of Action**

### COUNT I

In placing the First Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

### COUNT II

In placing the Second Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

---

[1] Unless the recipient has given prior express consent, the TCPA and Federal Communications Commission (FCC) rules under the TCPA generally require: Solicitation calls cannot be made to residences with artificial voices or recordings. Calls cannot be made with artificial voices or recordings to cell phones or to any service in which the recipient is charged for the call.
WAM's calls to Plaintiff's residential phone or any service were permissible only if it was made "with [Plaintiff's] prior *express* consent." 47 U.S.C. § 227(b)(1)(A)(iii) (emphasis added). "Express" means "explicit," not, as collection agencies seems to think, "implicit."

[2] While the TCPA does not define willful, the Communications Act of 1943, of which the TCPA is a part, defines willful as "the conscious or deliberate commission or omission of such act, irrespective of any intent to violate any provision[], rule or regulation." In *Dubsky v. Advanced Cellular Communications, Inc.*, No. 2008 cv 00652, 2004 WL 503757, at * 2 (Ohio Com. Pl. Feb. 24, 2004), the court found that in the context of the TCPA, the term acting "willfully" means that "the defendant acted voluntarily, and under its own free will, regardless of whether the defendant knew that it was acting in violation of the statute.
In WAM's 'Overview' communications states its comprehensive training covers:  FDCPA, FCRA, GLBA, TCPA, ID theft, fair lending and red flag regulations among other topics, which goes to the Defendant's knowledge of violating the Act.

## COUNT III

In placing the Third Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT VI

In placing the Forth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT V

In placing the Fifth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT VI

In placing the Sixth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT VII

In placing the Seventh Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of

statutory treble damages in the amount of $1,500.

## COUNT VIII

In placing the Eighth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT VIIII

In placing the Ninth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT X

In placing the Tenth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT XI

In placing the Eleventh Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT XII

In placing the Twelfth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent,

Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT XIII

In placing the Thirteenth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

## COUNT XIIII

In placing the Fourteenth Call to deliver collection activity using an artificial or prerecorded voice message to Plaintiff's residence or any service, without having Plaintiffs prior express consent, Defendant willfully violates the TCPA, 47 U.S.C. § 227, and Plaintiff is entitled to an award of statutory treble damages in the amount of $1,500.

WHEREFORE, Plaintiff hereby prays for the following relief on the foregoing Causes of Action against Defendant:

A. For Plaintiff's 1 through 14 Cause of Actions, an award of statutory damages in the amount of $500 for each of Defendant's violations of the TCPA (totaling $7,000) and an award of statutory trebled damages in the amount of $1,000 for each of Defendant's knowing and willful violations of the TCPA (totaling $21,000).

**PRO SE CLASS**

Courts are under a duty to examine the pro se's petition to determine if the allegations provide for relief on any possible theory." *Conner v. Circuit Court of St. Louis,* 526 F.2d 1331, 1334 (8th Cir. 1975) (quoting *Bramlet v. Wilson,* 495 F.2d 714, 716 (8th Cir. 1974)).

6

## RELIEF REQUESTED

Wherefore, I pray that this Honorable Court grant damages, costs, and such further equitable and complete relief which to the Court shall seem meet and just.

## JURY TRIAL

Plaintiff is requesting a trial by jury.

Respectfully submitted,

*Rochelle Daniel*

Rochelle Daniel
19750 Braile
Detroit, MI 48219
(248) 247-6444

December 29, 2010

EXHIBIT 1

## CALLS FROM WEST ASSET MANAGEMENT
### (Prerecorded calls are saved and available)

| | | |
|---|---|---|
| 1. | December 14, 2009 | 5:35 PM |
| 2. | December 21, 2009 | 7:41 PM |
| 3. | December 29, 2009 | 2:34 PM |
| 4. | December 30, 2009 | 12:49 PM |
| 5. | January 11, 2010 | 6:54 PM |
| 6. | January 26, 2010 | 8:11 AM |
| 7. | February 4, 2010 | 6:38 PM |
| 8. | February 10, 2010 | 4:17 PM |
| 9. | March 3, 2010 | 5:38 PM |
| 10. | March 9, 2010 | 3:06 PM |
| 11. | March 12, 2010 | 10:52 AM |
| 12. | March 15, 2010 | 6:00 PM |
| 13. | March 18, 2010 | 12:37 PM |
| 14. | March 26, 2010 | 2:18 PM |

PRERECORDED VOICE MESSAGE:

This is West Asset Management, a debt collector. This message is for Rochelle Daniel, please call me as soon as possible at 888 662 7547 in reference to account number 24951549 (message repeats).  Thank you

8

JS 44 (Rev. 12/07)

# CIVIL COVE

Case 2:11  10034
Judge: Cle____, Robert H
MJ: Hluchaniuk, Michael
Filed: 01-04-2011 At 11:03 AM
CMP ROCHELLE DANIEL V WEST ASSET MA
NAGEMENT (LG)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplem
by local rules of court. This form, approved by the Judicial Conference of the United States
the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

*Rochelle Daniel*

**(b)** County of Residence of First Listed Plaintiff   *USA*
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) *(248)-247-6444*

*Pro Se*

DEFENDANTS

*West Asset Management, Inc USA*

County of Residence of First Listed Defendant   *USA*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plain and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determina Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to Dist Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*15 USC Section 227*
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

*Yes*

DEMAND $ *21,000 plus Cost, etc*

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?          ☐ Yes
                                                                      ☑ No

   **If yes, give the following information:**

   Court: _____

   Case No.: _____

   Judge: _____


2.        Other than stated above, are there any pending or previously        ☐ Yes
          discontinued or dismissed companion cases in this or any other      ☑ No
          court, including state court? (Companion cases are matters in which
          it appears substantially similar evidence will be offered or the same
          or related parties are present and the cases arise out of the same
          transaction or occurrence.)

   **If yes, give the following information:**

   Court: _____

   Case No.: _____

   Judge: _____


**Notes :**