UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCHELLE DANIEL,

    Plaintiff,

v.                                        Case No. 11-10034

WEST ASSET MANAGEMENT, INC.,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment . . ." dated October 28, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant West Asset Management, Inc. and against Plaintiff Rochelle Daniel. Dated at Detroit, Michigan, this 28th day of October 2011.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT


                                      S/ Lisa Wagner
                                  By:  Lisa Wagner, Case Manager
                                     to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-10034.DANIEL.Judgment.jrc.wpd